**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MALESKE, KURT WILLIAM<br>MALESKE, MISTY LYNN<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-08593 BB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex
    57 N. Ottawa St., Room 201
    Joliet, Illinois 60432

    on: **May 8, 2009**
    at: 9:15 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $       4,510.49

    b. Disbursements                         $           0.00

    c. Net Cash Available for                $       4,510.49
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| BRADLEY J. WALLER (Trustee Expenses) | 0.00 | | $211.91 |
| BRADLEY J. WALLER (Trustee Fees) | 0.00 | $1,127.62 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $21,160.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 14.98%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 11,649.50 | $ 1,745.67 |
| 2 | Roundup Funding, LLC | $ 4,242.04 | $ 635.67 |
| 3 | First Community Bank & Trust | $ 1,403.18 | $ 210.26 |
| 4 | eCAST Settlement Corporation assignee of | $ 1,996.20 | $ 299.13 |
| 5 | GE Consumer Finance | $ 1,870.06 | $ 280.23 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by

the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

   a. Residence
   b. Cash
   c. Bank Accounts
   d. Wearing Apparel
   e. 1995 Chevrolet G20 Van
   f. 1999 Ford F-250
   g. 2004 50CC KTM Dirt Bike
   h. 2005 Federal & State Income Tax Refund
   i. Contempt Litigation


Dated: **March 20, 2009**               For the Court,

                                        **KENNETH S. GARDNER**
                                        Kenneth S. Gardner
                                        Clerk of the United States
                                        219 S. Dearborn Street; 7th Floor
                                        Chicago, IL  60604

Trustee:     BRADLEY J. WALLER
Address:     KLEIN, STODDARD, BUCK, WALLER & LEWIS
             2045 ABERDEEN COURT
             SYCAMORE, IL  60178
Phone No.:   (815) 748-0380

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Mar 20, 2009
Case: 06-08593                 Form ID: pdf002              Total Served: 22

The following entities were served by first class mail on Mar 22, 2009.
db/jdb        +Kurt William Maleske,   Misty Lynn Maleske,   313 Southfield Drive,   Beecher, IL 60401-5099
10826133       Beneficial Finance,   PO Box 17574,   Baltimore, MD 21297-1574
10826134       Cabela's Visa,   PO Box 82575,   Lincoln, NE 68501-2575
10826135       Chase Credit Cards,   PO Box 15153,   Wilmington, DE 19850-5153
10826136       CitiCards,   PO Box 688902,   Des Moines, IA 50368-8902
10826137       CitiFinncil Retail Services,   PO Box 183041,   Columbus, OH 43218-3041
10826138      +CountryWide Home Loans,   C/O: Pierce & Assoc,   1 N Dearborn St 13th Fl,
                Chicago, IL 60602-4321
10826139       First Community Bank & Trust,   PO Box 457,   1111 Dixie Hwy,   Beecher, IL 60401-4002
10826141       HSBC Card Services,   PO Box 88000,   Baltimore, MD 21288-0001
10858916      +Household Bank (SB) NA,   c/o Bass & Associates PC,   3936 E Ft Lowell Rd,   Tucson AZ 85712-1097
10826132       Law Office Of Sherry L Howard,   30 E 34th St,   Steger, IL 60475-1759
10826130       MALESKE KURT WILLIAM,   313 Southfield Dr,   Beecher, IL 60401-5099
10826131       MALESKE MISTY LYNN,   313 Southfield Dr,   Beecher, IL 60401-5099
10826142       MBNA America,   PO Box 15137,   Wilmington, DE 19850-5137
10826145       Retail Services,   PO Box 17602,   Baltimore, MD 21297-1602
10826144       Retail Services,   PO Box 17298,   Baltimore, MD 21297-1298
10826146       Wells Fargo Financial,   PO Box 98798,   Las Vegas, NV 89193-8798
11960332       eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC,   Card Services III,
                POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission on Mar 20, 2009.
12010232      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2009 00:12:10     GE Consumer Finance,
                For GE Money Bank,   dba FUNANCING/GEMB,   PO Box 960061,   Orlando FL 32896-0061
10826140       E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2009 00:12:21     GE Money Bank,   PO Box 960061,
                Orlando, FL 32896-0061
10826143       E-mail/Text: bankrup@nicor.com                          Nicor Gas,   PO Box 416,
                Aurora, IL 60568-0001
11804562       E-mail/PDF: BNCEmails@blinellc.com Mar 21 2009 00:11:53     Roundup Funding, LLC,   MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2009**                    **Signature:**    *Joseph Speetjens*