**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: MALESKE, KURT WILLIAM          Case No. 06-08593
       MALESKE, MISTY LYNN

Chapter 7

_____,
Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $289,561.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $3,271.38 | Claims Discharged Without Payment: $16,486.42 |
| Total Expenses of Administration: $1,239.68 | |

3) Total gross receipts of $ 4,511.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,511.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,239.68 | 1,239.68 | 1,239.68 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 21,160.98 | 19,757.80 | 3,271.38 |
| TOTAL DISBURSEMENTS | $0.00 | $22,400.66 | $20,997.48 | $4,511.06 |

4) This case was originally filed under Chapter 7 on July 19, 2006.
. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/29/2010       By: /s/BRADLEY J. WALLER
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| HOUSEHOLD GOODS | 1129-000 | 4,000.00 |
| CONTEMPT LITIGATION | 1249-000 | 500.00 |
| Interest Income | 1270-000 | 11.06 |
| **TOTAL GROSS RECEIPTS** | | **$4,511.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,127.77 | 1,127.77 | 1,127.77 |
| BRADLEY J. WALLER | 2200-000 | N/A | 111.91 | 111.91 | 111.91 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,239.68 | 1,239.68 | 1,239.68 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roundup Funding, LLC | 7100-000 | N/A | 11,649.50 | 11,649.50 | 1,928.86 |
| Roundup Funding, LLC | 7100-000 | N/A | 4,242.04 | 4,242.04 | 702.37 |
| First Community Bank & Trust | 7100-000 | N/A | 1,403.18 | 0.00 | 0.00 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 1,996.20 | 1,996.20 | 330.52 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| GE Consumer Finance | 7100-000 | N/A | 1,870.06 | 1,870.06 | 309.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 21,160.98 | 19,757.80 | 3,271.38 |

UST Form 101-7-TDR (9/1/2009)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-08593  
**Case Name:** MALESKE, KURT WILLIAM  
MALESKE, MISTY LYNN  
**Period Ending:** 04/29/10

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 07/19/06 (f)  
**§341(a) Meeting Date:** 08/31/06  
**Claims Bar Date:** 03/05/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 265,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 45.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 2,000.00 | 4,000.00 | | 4,000.00 | FA |
| 5 | WEARING APPAREL | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1994 CHEVROLET G20 VAN | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1999 FORD F-250 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 50CC KTM DIRT BIKE | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 FEDERAL & STATE INCOME TAX REFUND | 9,516.00 | 9,516.00 | DA | 0.00 | FA |
| 10 | CONTEMPT LITIGATION (u) | 0.00 | 500.00 | | 500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 11.06 | FA |
| 11 | Assets   Totals (Excluding unknown values) | $291,561.00 | $14,016.00 | | $4,511.06 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2008   **Current Projected Date Of Final Report (TFR):** March 17, 2009 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-08593 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | MALESKE, KURT WILLIAM | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MALESKE, MISTY LYNN | | Account: | ***-*****10-65 - Money Market Account |
| Taxpayer ID #: | **-***3340 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/29/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/04/07 | | Kurt & Misty Maleske | Per court order of 08/31/2007 | | 4,500.00 | | 4,500.00 |
| | {4} | | Per court order of 02/02/2007   4,000.00 | 1129-000 | | | 4,500.00 |
| | {10} | | Per court order of 08/31/2007   500.00 | 1249-000 | | | 4,500.00 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.92 | | 4,501.92 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.05 | | 4,503.97 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.92 | | 4,504.89 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.83 | | 4,505.72 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.62 | | 4,506.34 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.56 | | 4,506.90 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.57 | | 4,507.47 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.57 | | 4,508.04 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.53 | | 4,508.57 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.59 | | 4,509.16 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.49 | | 4,509.65 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.35 | | 4,510.00 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 4,510.31 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,510.49 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,510.66 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,510.85 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,511.03 |
| 05/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.03 | | 4,511.06 |
| 05/06/09 | | To Account #********1066 | | 9999-000 | | 4,511.06 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,511.06 | 4,511.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,511.06 | |
| | | | Subtotal | | 4,511.06 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,511.06 | $0.00 | |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-08593 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | MALESKE, KURT WILLIAM | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MALESKE, MISTY LYNN | | Account: | ***-*****10-66 - Checking Account |
| Taxpayer ID #: | **-***3340 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/29/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/06/09 | | From Account #*********1065 | | 9999-000 | 4,511.06 | | 4,511.06 |
| 05/12/09 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $111.91, Trustee Expenses; Reference: | 2200-000 | | 111.91 | 4,399.15 |
| 05/12/09 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,127.77, Trustee Compensation; Reference: | 2100-000 | | 1,127.77 | 3,271.38 |
| 05/12/09 | 103 | Roundup Funding, LLC | Dividend paid 15.45% on $11,649.50; Claim# 1; Filed: $11,649.50; Reference: | 7100-000 | | 1,800.96 | 1,470.42 |
| 05/12/09 | 104 | Roundup Funding, LLC | Dividend paid 15.45% on $4,242.04; Claim# 2; Filed: $4,242.04; Reference: | 7100-000 | | 655.80 | 814.62 |
| 05/12/09 | 105 | First Community Bank & Trust | Dividend paid 15.45% on $1,403.18; Claim# 3; Filed: $1,403.18; Reference:<br>Voided on 09/25/09 | 7100-002 | | 216.92 | 597.70 |
| 05/12/09 | 106 | eCAST Settlement Corporation assignee of | Dividend paid 15.45% on $1,996.20; Claim# 4; Filed: $1,996.20; Reference: | 7100-000 | | 308.60 | 289.10 |
| 05/12/09 | 107 | GE Consumer Finance | Dividend paid 15.45% on $1,870.06; Claim# 5; Filed: $1,870.06; Reference: | 7100-000 | | 289.10 | 0.00 |
| 09/25/09 | 105 | First Community Bank & Trust | Dividend paid 15.45% on $1,403.18; Claim# 3; Filed: $1,403.18; Reference:<br>Voided: check issued on 05/12/09 | 7100-002 | | -216.92 | 216.92 |
| 09/25/09 | 108 | Roundup Funding, LLC | Dividend paid 16.55% on $11,649.50; Claim# 1; Filed: $11,649.50; Reference: | 7100-000 | | 127.90 | 89.02 |
| 09/25/09 | 109 | Roundup Funding, LLC | Dividend paid 16.55% on $4,242.04; Claim# 2; Filed: $4,242.04; Reference: | 7100-000 | | 46.57 | 42.45 |
| 09/25/09 | 110 | eCAST Settlement Corporation assignee of | Dividend paid 16.55% on $1,996.20; Claim# 4; Filed: $1,996.20; Reference: | 7100-000 | | 21.92 | 20.53 |
| 09/25/09 | 111 | GE Consumer Finance | Dividend paid 16.55% on $1,870.06; Claim# 5; Filed: $1,870.06; Reference: | 7100-000 | | 20.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,511.06 | 4,511.06 | $0.00 |
| | | | Less: Bank Transfers | | 4,511.06 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,511.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $4,511.06 | |

{} Asset reference(s)

Printed: 04/29/2010 04:07 PM V.12.08

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 06-08593 | Trustee: BRADLEY J. WALLER (330500) |
| Case Name: MALESKE, KURT WILLIAM | Bank Name: The Bank of New York Mellon |
| MALESKE, MISTY LYNN | Account: 9200-******10-66 - Checking Account |
| Taxpayer ID #: **-***3340 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 04/29/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****10-65 | 4,511.06 | 0.00 | 0.00 |
| Checking # ***-*****10-66 | 0.00 | 4,511.06 | 0.00 |
| Checking # 9200-******10-66 | 0.00 | 0.00 | 0.00 |
| | $4,511.06 | $4,511.06 | $0.00 |